IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
17 MAY 10 PM 3:27
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No. 3:17-PO-037 |
| vs. | : | HONORABLE SHARON L. OVINGTON |
| ARTIS, Jon Randal | : | |
| Defendant | : | |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on May 3, 2017, and adds the following condition:

*1. Not possess a firearm, destructive device, or other dangerous weapons.*

All other bond conditions remain in full force and effect.

Date: 5-10-17

HONORABLE SHARON L. OVINGTON
UNITED STATES CHIEF MAGISTRATE JUDGE